TS-6160                                                              1

En el Tribunal Supremo de Puerto Rico

| IN RE:                  |         |
|-------------------------|---------|
| RAFAEL  E. MEDINA ZERPA | 99TSPR72 |

Número del Caso: TS-7348

Abogados de la Parte Querellante: LCDA. MADY PACHECO GARCIA DE LA NOCEDA
DIRECTORA  EJECUTIVA COLEGIO DE ABOGADOS

Abogados de la Parte Querellada: POR DERECHO PROPIO

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 5/11/1999

Materia:

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

    Rafael E. Medina Zerpa              TS-7348

RESOLUCION

San Juan, Puerto Rico, a 11 de mayo de 1999

                                I

      El pasado 12 de marzo de 1999, mediante Opinión Per
Curiam, suspendimos al Lcdo. Rafael E. Medina Zerpa del
ejercicio de la profesión de abogado por no haber satisfecho
la cuota anual del Colegio de Abogados y no haber cumplido con
su obligación de notificar cambio de dirección, y como
resultado no recibir nuestras notificaciones remitidas por
correo certificado a su dirección en récord.

      El 27 de abril, el Lcdo. Medina Zerpa nos solicitó
urgentemente su reinstalación, exponiéndonos su más sincero
arrepentimiento por el incumplimiento de sus responsabilidades
como abogado. Señala haber pagado la cuota correspondiente el
15 de abril.

                                II

      A la luz de lo antes expuesto, no procede reconsiderar la
suspensión original decretada, que fue efectiva el día de su
notificación. En su lugar, limitamos la suspensión al período
de tiempo transcurrido y reinstalamos a la abogacía al Lcdo.
Medina Zerpa efectivo hoy.

Se le apercibe al Lcdo. Medina Zerpa del estricto cumplimiento en el futuro de sus responsabilidades como abogado.

Notifíquese vía telefónica.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Juez Asociada señora Naveira de Rodón  no intervinieron.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo